# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OPTIMI CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. |
| v. ) | |
| ) | 1:2005CV2716 ODE |
| ) | |
| LOGICBLOX, INC., MOLHAM ) | |
| AREF and DAVID BAGLEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| LOGICBLOX, INC. ) | |
| and MOLHAM AREF, ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| OPTIMI CORPORATION, ) | |
| KHALID HAMIED, JUAN MELERO, ) | |
| MARK KEENAN, CHRISTOPHER ) | |
| RUSSO, and NEDA BARQAWI ) | |
| ) | |
| Counterclaim Defendants. ) | |

## CONSENT ORDER DISMISSING CLAIMS AND COUNTERCLAIMS

The parties hereto except for Counterclaim Defendant Christopher Russo (the "Settlement Parties"), having entered into a Settlement Agreement dated March 24, 2006, together with related documents to effect the terms thereof

Exhibit L to Settlement Agreement               1

(collectively referred to as the "Settlement Documents") resolving the claims and counterclaims asserted in this proceeding, and the contents and terms of the Settlement Documents having been incorporated into this Consent Order, and upon consent of the Settlement Parties hereto, it is hereby

ORDERED, pursuant to Fed. R. Civ. P. 41(a)(2) that, except for LogicBlox, Inc.'s counterclaim against Christopher Russo, this matter is hereby dismissed *with prejudice* upon the express condition that this Court shall retain jurisdiction to enforce the terms of and performance by the parties under the Settlement Documents (except to the extent that the Settlement Documents call for certain disputes to be resolved by arbitration), including, but not limited to, potential entry of a Consent Judgment which has been executed as part of the Settlement Documents.

LogicBlox, Inc.'s counterclaim against Christopher Russo is hereby dismissed *without prejudice*.

This ____ day of _____, 2006.

_____
ORINDA D. EVANS
Judge, United States District Court
Northern District of Georgia

Exhibit L to Settlement Agreement                    2

CONSENTED TO:

*/s/ Richard Lance Robbins*
Richard Lance Robbins
Ga. Bar No. 608030
*richard.robbins@sablaw.com*
Patricia B. Cunningham
Ga. Bar No. 202150
*patricia.cunningham@sablaw.com*
Sutherland Asbill & Brennan
999 Peachtree Street, N.E., Suite 2300
Atlanta, GA 30309-3996
404-853-8137

**Counsel for Plaintiffs and Counterclaim Defendants**


*/s/ Robert K. Gordon*
John J. Dalton
Ga. Bar No. 203700
*john.dalton@troutmansanders.com*
Mark S. VanderBroek
Ga. Bar No. 724440
*mark.vanderbroek@troutmansanders.com*
Robert K. Gordon
Ga. Bar No.: 302482
*robert.gordon@troutmansanders.com*
Troutman Sanders LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000

**Counsel for Defendants/Counterclaim Plaintiffs LogicBlox, Inc and Molham Aref**

Exhibit L to Settlement Agreement    3

*/s/ Jeffrey R. Nickerson*
Jeffrey R. Nickerson
Ga. Bar No.: 544000
*jrn17@comcast.net*
Jeffrey R. Nickerson, P.C.
3387 Glenrose Point
Atlanta, GA 30341
(404)523-5614

**Counsel for Defendant David Bagley**

Exhibit L to Settlement Agreement    4